**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

JULIO RANGEL CRUZ,                                                                 PLAINTIFF
ADC #138592

v.                                        2:22CV00223-DPM-JTK

ARKANSAS COUNTY DETENTION
CENTER, et al.                                                                     DEFENDANTS

**<u>ORDER</u>**

Having reviewed Julio Rangel Cruz's ("Plaintiff") Complaint, as amended (Doc. No. 1, 5) for screening purposes,[1] the Court concludes service of Plaintiff's condition of confinement claims against Defendants Tyran McCradic, Clayton Evens, and Dean Mannis is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Tyran McCradic, Clayton Evens, and Dean Mannis.   The United States Marshal shall serve a copy of the Complaint (Doc. Nos. 1, 5), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore.   Service should be attempted through the Arkansas County Detention Center, 1000 Ricebelt Avenue, DeWitt, AR 72042.

Dated this 14th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).