IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JULIO RANGEL CRUZ
#138592                                                                                      PLAINTIFF

v.                           No. 2:22-cv-223-DPM-JTK

ARKANSAS COUNTY DETENTION
CENTER;  ARKANSAS DEPARTMENT
OF CORRECTIONS;  TYRAN MCCRADIC;
CLAYTON EVANS;  and DEAN MANNIS                          DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 10*.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The Arkansas County Detention Center and Arkansas Department of Corrections are dismissed as defendants without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2023