IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JULIO RANGEL CRUZ                                                                PLAINTIFF

v.                          No. 2:22-cv-223-DPM

TYRAN MCCRADIC;
CLAYTON EVANS; and
DEAN MANNIS                                                                     DEFENDANTS

ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 46*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 43*, granted. Cruz's amended complaint will be dismissed for failure to exhaust. This Court recommends that this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 November 2023